07/06/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100************************************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 06/28/2018 - 06/01/2018

Seth Defulgentis
87 Street Rd
Southampton, PA 18966

Fed Filing Stat.    S/0
Fed Taxable    900.00
Net Pay/YTD Net    688.00/9,632.00

Check Date:    07/06/2018
Period Beginning:    06/28/2018
Period Ending:    06/01/2018
Voucher Number    36

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary. | | 900.00 | 12600.00 | Federal Income Tax | 900.00 | 104.98 | 1469.72 |
| Total Gross Pay | 0.0000 | 900.00 | 12600.00 | Social Security | 900.00 | 55.80 | 781.20 |
| | | | | Medicare | 900.00 | 13.05 | 182.70 |
| | | | | State Income Tax | 900.00 | 27.63 | 386.82 |
| | | | | USouth | 900.00 | 9.00 | 126.00 |
| | | | | LST | 900.00 | 1.00 | 14.00 |
| | | | | SUI | 900.00 | 0.54 | 7.56 |
| | | | | Total Withholding | | 212.00 | 2968.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

Seth Defulgentis
87 Street Rd
Southampton, PA 18966

Fed Filing Stat.    S/0
Fed Taxable    900.00
Net Pay/YTD Net    688.00/9,632.00

Check Date:    07/06/2018
Period Beginning:    06/28/2018
Period Ending:    06/01/2018
Voucher Number    36

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary. | | 900.00 | 12600.00 | Federal Income Tax | 900.00 | 104.98 | 1469.72 |
| Total Gross Pay | 0.0000 | 900.00 | 12600.00 | Social Security | 900.00 | 55.80 | 781.20 |
| | | | | Medicare | 900.00 | 13.05 | 182.70 |
| | | | | State Income Tax | 900.00 | 27.63 | 386.82 |
| | | | | USouth | 900.00 | 9.00 | 126.00 |
| | | | | LST | 900.00 | 1.00 | 14.00 |
| | | | | SUI | 900.00 | 0.54 | 7.56 |
| | | | | Total Withholding | | 212.00 | 2968.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

07/13/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100********************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 07/05/2018 - 06/08/2018

Seth Defulgentis
87 Street Rd
Southampton, PA 18966

Fed Filing Stat.  S/0
Fed Taxable  900.00
Net Pay/YTD Net  688.00/10,320.00

Check Date: 07/13/2018
Period Beginning: 07/05/2018
Period Ending: 06/08/2018
Voucher Number: 37

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 13500.00 | Federal Income Tax | 900.00 | 104.98 | 1574.70 |
| Total Gross Pay | 0.0000 | 900.00 | 13500.00 | Social Security | 900.00 | 55.80 | 837.00 |
| | | | | Medicare | 900.00 | 13.05 | 195.75 |
| | | | | State Income Tax | 900.00 | 27.63 | 414.45 |
| | | | | USouth | 900.00 | 9.00 | 135.00 |
| | | | | LST | 900.00 | 1.00 | 15.00 |
| | | | | SUI | 900.00 | 0.54 | 8.10 |
| | | | | Total Withholding | | 212.00 | 3180.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966

Fed Filing Stat.  S/0
Fed Taxable  900.00
Net Pay/YTD Net  688.00/10,320.00

Check Date: 07/13/2018
Period Beginning: 07/05/2018
Period Ending: 06/08/2018
Voucher Number: 37

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 13500.00 | Federal Income Tax | 900.00 | 104.98 | 1574.70 |
| Total Gross Pay | 0.0000 | 900.00 | 13500.00 | Social Security | 900.00 | 55.80 | 837.00 |
| | | | | Medicare | 900.00 | 13.05 | 195.75 |
| | | | | State Income Tax | 900.00 | 27.63 | 414.45 |
| | | | | USouth | 900.00 | 9.00 | 135.00 |
| | | | | LST | 900.00 | 1.00 | 15.00 |
| | | | | SUI | 900.00 | 0.54 | 8.10 |
| | | | | Total Withholding | | 212.00 | 3180.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

07/20/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100********************************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 07/12/2018 - 06/15/2018

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.  S/O
Fed Taxable  900.00
Net Pay/YTD Net  688.00/11,008.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date: 07/20/2018
Period Beginning: 07/12/2018
Period Ending: 06/15/2018
Voucher Number 38

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 14400.00 | Federal Income Tax | 900.00 | 104.98 | 1679.68 |
| Total Gross Pay | 0.0000 | 900.00 | 14400.00 | Social Security | 900.00 | 55.80 | 892.80 |
| | | | | Medicare | 900.00 | 13.05 | 208.80 |
| | | | | State Income Tax | 900.00 | 27.63 | 442.08 |
| | | | | USouth | 900.00 | 9.00 | 144.00 |
| | | | | LST | 900.00 | 1.00 | 16.00 |
| | | | | SUI | 900.00 | 0.54 | 8.64 |
| | | | | Total Withholding | | 212.00 | 3392.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.  S/O
Fed Taxable  900.00
Net Pay/YTD Net  688.00/11,008.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date: 07/20/2018
Period Beginning: 07/12/2018
Period Ending: 06/15/2018
Voucher Number 38

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 14400.00 | Federal Income Tax | 900.00 | 104.98 | 1679.68 |
| Total Gross Pay | 0.0000 | 900.00 | 14400.00 | Social Security | 900.00 | 55.80 | 892.80 |
| | | | | Medicare | 900.00 | 13.05 | 208.80 |
| | | | | State Income Tax | 900.00 | 27.63 | 442.08 |
| | | | | USouth | 900.00 | 9.00 | 144.00 |
| | | | | LST | 900.00 | 1.00 | 16.00 |
| | | | | SUI | 900.00 | 0.54 | 8.64 |
| | | | | Total Withholding | | 212.00 | 3392.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

07/27/2018

Seth Defulgentis

\*\*688.00

Six hundred eighty-eight and 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 07/19/2018 - 06/22/2018

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.  S/0
Fed Taxable  900.00
Net Pay/YTD Net  688.00/11,696.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date: 07/27/2018
Period Beginning: 07/19/2018
Period Ending: 06/22/2018
Voucher Number 39

| Earnings | Hours | Amount | YTD Amt |
|---|---|---|---|
| Salary | | 900.00 | 15300.00 |
| Total Gross Pay | 0.0000 | 900.00 | 15300.00 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| Federal Income Tax | 900.00 | 104.98 | 1784.66 |
| Social Security | 900.00 | 55.80 | 948.60 |
| Medicare | 900.00 | 13.05 | 221.85 |
| State Income Tax | 900.00 | 27.63 | 469.71 |
| USouth | 900.00 | 9.00 | 153.00 |
| LST | 900.00 | 1.00 | 17.00 |
| SUI | 900.00 | 0.54 | 9.18 |
| Total Withholding | | 212.00 | 3604.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.  S/0
Fed Taxable  900.00
Net Pay/YTD Net  688.00/11,696.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date: 07/27/2018
Period Beginning: 07/19/2018
Period Ending: 06/22/2018
Voucher Number 39

| Earnings | Hours | Amount | YTD Amt |
|---|---|---|---|
| Salary | | 900.00 | 15300.00 |
| Total Gross Pay | 0.0000 | 900.00 | 15300.00 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| Federal Income Tax | 900.00 | 104.98 | 1784.66 |
| Social Security | 900.00 | 55.80 | 948.60 |
| Medicare | 900.00 | 13.05 | 221.85 |
| State Income Tax | 900.00 | 27.63 | 469.71 |
| USouth | 900.00 | 9.00 | 153.00 |
| LST | 900.00 | 1.00 | 17.00 |
| SUI | 900.00 | 0.54 | 9.18 |
| Total Withholding | | 212.00 | 3604.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

08/03/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100****************************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 07/26/2018 - 06/29/2018

| Seth Defulgentis | | | | Fed Filing Stat. | S/0 | | Check Date: | 08/03/2018 |
|---|---|---|---|---|---|---|---|---|
| 87 Street Rd | | | | Fed Taxable | 900.00 | | Period Beginning: | 07/26/2018 |
| Southampton, PA 18966 | | | | Net Pay/YTD Net | 688.00/12,384.00 | | Period Ending: | 06/29/2018 |
| | | | | | | | Voucher Number | 40 |
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | |
| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | | YTD Amt |
| Salary. | | 900.00 | 16200.00 | Federal Income Tax | 900.00 | 104.98 | | 1889.64 |
| Total Gross Pay | 0.0000 | 900.00 | 16200.00 | Social Security | 900.00 | 55.80 | | 1004.40 |
| | | | | Medicare | 900.00 | 13.05 | | 234.90 |
| | | | | State Income Tax | 900.00 | 27.63 | | 497.34 |
| | | | | USouth | 900.00 | 9.00 | | 162.00 |
| | | | | LST | 900.00 | 1.00 | | 18.00 |
| | | | | SUI | 900.00 | 0.54 | | 9.72 |
| | | | | Total Withholding | | 212.00 | | 3816.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

| Seth Defulgentis | | | | Fed Filing Stat. | S/0 | | Check Date: | 08/03/2018 |
|---|---|---|---|---|---|---|---|---|
| 87 Street Rd | | | | Fed Taxable | 900.00 | | Period Beginning: | 07/26/2018 |
| Southampton, PA 18966 | | | | Net Pay/YTD Net | 688.00/12,384.00 | | Period Ending: | 06/29/2018 |
| | | | | | | | Voucher Number | 40 |
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | |
| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | | YTD Amt |
| Salary. | | 900.00 | 16200.00 | Federal Income Tax | 900.00 | 104.98 | | 1889.64 |
| Total Gross Pay | 0.0000 | 900.00 | 16200.00 | Social Security | 900.00 | 55.80 | | 1004.40 |
| | | | | Medicare | 900.00 | 13.05 | | 234.90 |
| | | | | State Income Tax | 900.00 | 27.63 | | 497.34 |
| | | | | USouth | 900.00 | 9.00 | | 162.00 |
| | | | | LST | 900.00 | 1.00 | | 18.00 |
| | | | | SUI | 900.00 | 0.54 | | 9.72 |
| | | | | Total Withholding | | 212.00 | | 3816.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

08/10/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100*******************************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 08/02/2018 - 07/06/2018

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.    S/0
Fed Taxable    900.00
Net Pay/YTD Net    688.00/13,072.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date:    08/10/2018
Period Beginning:    08/02/2018
Period Ending:    07/06/2018
Voucher Number    41

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary. | | 900.00 | 17100.00 | Federal Income Tax | 900.00 | 104.98 | 1994.62 |
| Total Gross Pay | 0.0000 | 900.00 | 17100.00 | Social Security | 900.00 | 55.80 | 1060.20 |
| | | | | Medicare | 900.00 | 13.05 | 247.95 |
| | | | | State Income Tax | 900.00 | 27.63 | 524.97 |
| | | | | USouth | 900.00 | 9.00 | 171.00 |
| | | | | LST | 900.00 | 1.00 | 19.00 |
| | | | | SUI | 900.00 | 0.54 | 10.26 |
| | | | | Total Withholding | | 212.00 | 4028.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.    S/0
Fed Taxable    900.00
Net Pay/YTD Net    688.00/13,072.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date:    08/10/2018
Period Beginning:    08/02/2018
Period Ending:    07/06/2018
Voucher Number    41

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary, | | 900.00 | 17100.00 | Federal Income Tax | 900.00 | 104.98 | 1994.62 |
| Total Gross Pay | 0.0000 | 900.00 | 17100.00 | Social Security | 900.00 | 55.80 | 1060.20 |
| | | | | Medicare | 900.00 | 13.05 | 247.95 |
| | | | | State Income Tax | 900.00 | 27.63 | 524.97 |
| | | | | USouth | 900.00 | 9.00 | 171.00 |
| | | | | LST | 900.00 | 1.00 | 19.00 |
| | | | | SUI | 900.00 | 0.54 | 10.26 |
| | | | | Total Withholding | | 212.00 | 4028.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

08/17/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100*********************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 08/09/2018 - 07/13/2018

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.   S/0
Fed Taxable   900.00
Net Pay/YTD Net   688.00/13,760.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date:   08/17/2018
Period Beginning:   08/09/2018
Period Ending:   07/13/2018
Voucher Number   42

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 18000.00 | Federal Income Tax | 900.00 | 104.98 | 2099.60 |
| Total Gross Pay | 0.0000 | 900.00 | 18000.00 | Social Security | 900.00 | 55.80 | 1116.00 |
| | | | | Medicare | 900.00 | 13.05 | 261.00 |
| | | | | State Income Tax | 900.00 | 27.63 | 552.60 |
| | | | | USouth | 900.00 | 9.00 | 180.00 |
| | | | | LST | 900.00 | 1.00 | 20.00 |
| | | | | SUI | 900.00 | 0.54 | 10.80 |
| | | | | Total Withholding | | 212.00 | 4240.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.   S/0
Fed Taxable   900.00
Net Pay/YTD Net   688.00/13,760.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date:   08/17/2018
Period Beginning:   08/09/2018
Period Ending:   07/13/2018
Voucher Number   42

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 18000.00 | Federal Income Tax | 900.00 | 104.98 | 2099.60 |
| Total Gross Pay | 0.0000 | 900.00 | 18000.00 | Social Security | 900.00 | 55.80 | 1116.00 |
| | | | | Medicare | 900.00 | 13.05 | 261.00 |
| | | | | State Income Tax | 900.00 | 27.63 | 552.60 |
| | | | | USouth | 900.00 | 9.00 | 180.00 |
| | | | | LST | 900.00 | 1.00 | 20.00 |
| | | | | SUI | 900.00 | 0.54 | 10.80 |
| | | | | Total Withholding | | 212.00 | 4240.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

08/24/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100********************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 08/16/2018 - 07/20/2018

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966

Fed Filing Stat.  S/0
Fed Taxable  900.00
Net Pay/YTD Net  688.00/14,448.00

Check Date: 08/24/2018
Period Beginning: 08/16/2018
Period Ending: 07/20/2018
Voucher Number 43

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 18900.00 | Federal Income Tax | 900.00 | 104.98 | 2204.58 |
| Total Gross Pay | 0.0000 | 900.00 | 18900.00 | Social Security | 900.00 | 55.80 | 1171.80 |
| | | | | Medicare | 900.00 | 13.05 | 274.05 |
| | | | | State Income Tax | 900.00 | 27.63 | 580.23 |
| | | | | USouth | 900.00 | 9.00 | 189.00 |
| | | | | LST | 900.00 | 1.00 | 21.00 |
| | | | | SUI | 900.00 | 0.54 | 11.34 |
| | | | | Total Withholding | | 212.00 | 4452.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966

Fed Filing Stat.  S/0
Fed Taxable  900.00
Net Pay/YTD Net  688.00/14,448.00

Check Date: 08/24/2018
Period Beginning: 08/16/2018
Period Ending: 07/20/2018
Voucher Number 43

Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 18900.00 | Federal Income Tax | 900.00 | 104.98 | 2204.58 |
| Total Gross Pay | 0.0000 | 900.00 | 18900.00 | Social Security | 900.00 | 55.80 | 1171.80 |
| | | | | Medicare | 900.00 | 13.05 | 274.05 |
| | | | | State Income Tax | 900.00 | 27.63 | 580.23 |
| | | | | USouth | 900.00 | 9.00 | 189.00 |
| | | | | LST | 900.00 | 1.00 | 21.00 |
| | | | | SUI | 900.00 | 0.54 | 11.34 |
| | | | | Total Withholding | | 212.00 | 4452.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

08/31/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100*********************************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 08/23/2018 - 07/27/2018

| Seth Defulgentis | | | | Fed Filing Stat. | S/0 | | Check Date: | 08/31/2018 |
| 87 Street Rd | | | | Fed Taxable | 900.00 | | Period Beginning: | 08/23/2018 |
| Southampton, PA 18966 | | | | Net Pay/YTD Net | 688.00/15,136.00 | | Period Ending: | 07/27/2018 |
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | | | | Voucher Number | 44 |
| | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | |
| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | | Taxable | Amount | YTD Amt |
| Salary. | | 900.00 | 19800.00 | Federal Income Tax | | 900.00 | 104.98 | 2309.56 |
| Total Gross Pay | 0.0000 | 900.00 | 19800.00 | Social Security | | 900.00 | 55.80 | 1227.60 |
| | | | | Medicare | | 900.00 | 13.05 | 287.10 |
| | | | | State Income Tax | | 900.00 | 27.63 | 607.86 |
| | | | | USouth | | 900.00 | 9.00 | 198.00 |
| | | | | LST | | 900.00 | 1.00 | 22.00 |
| | | | | SUI | | 900.00 | 0.54 | 11.88 |
| | | | | Total Withholding | | | 212.00 | 4664.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

| Seth Defulgentis | | | | Fed Filing Stat. | S/0 | | Check Date: | 08/31/2018 |
| 87 Street Rd | | | | Fed Taxable | 900.00 | | Period Beginning: | 08/23/2018 |
| Southampton, PA 18966 | | | | Net Pay/YTD Net | 688.00/15,136.00 | | Period Ending: | 07/27/2018 |
| Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | | | | Voucher Number | 44 |
| | | | | Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00 | | | | |
| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | | Taxable | Amount | YTD Amt |
| Salary. | | 900.00 | 19800.00 | Federal Income Tax | | 900.00 | 104.98 | 2309.56 |
| Total Gross Pay | 0.0000 | 900.00 | 19800.00 | Social Security | | 900.00 | 55.80 | 1227.60 |
| | | | | Medicare | | 900.00 | 13.05 | 287.10 |
| | | | | State Income Tax | | 900.00 | 27.63 | 607.86 |
| | | | | USouth | | 900.00 | 9.00 | 198.00 |
| | | | | LST | | 900.00 | 1.00 | 22.00 |
| | | | | SUI | | 900.00 | 0.54 | 11.88 |
| | | | | Total Withholding | | | 212.00 | 4664.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

09/07/2018

Seth Defulgentis

**688.00

Six hundred eighty-eight and 00/100*********************************************************************

Seth Defulgentis
87 Street Rd

Southampton, PA 18966

Pay Period: 08/30/2018 - 08/03/2018

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.    S/O
Fed Taxable    900.00
Net Pay/YTD Net    688.00/15,824.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date:    09/07/2018
Period Beginning: 08/30/2018
Period Ending: 08/03/2018
Voucher Number 45

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 20700.00 | Federal Income Tax | 900.00 | 104.98 | 2414.54 |
| Total Gross Pay | 0.0000 | 900.00 | 20700.00 | Social Security | 900.00 | 55.80 | 1283.40 |
| | | | | Medicare | 900.00 | 13.05 | 300.15 |
| | | | | State Income Tax | 900.00 | 27.63 | 635.49 |
| | | | | USouth | 900.00 | 9.00 | 207.00 |
| | | | | LST | 900.00 | 1.00 | 23.00 |
| | | | | SUI | 900.00 | 0.54 | 12.42 |
| | | | | Total Withholding | | 212.00 | 4876.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966

---

Seth Defulgentis
87 Street Rd
Southampton, PA 18966
Vac. Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Fed Filing Stat.    S/O
Fed Taxable    900.00
Net Pay/YTD Net    688.00/15,824.00
Sick Hrs Earn/Use/Use YTD/Balance: 0.00/0.00/0.00/0.00

Check Date:    09/07/2018
Period Beginning: 08/30/2018
Period Ending: 08/03/2018
Voucher Number 45

| Earnings | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|---|---|---|---|
| Salary | | 900.00 | 20700.00 | Federal Income Tax | 900.00 | 104.98 | 2414.54 |
| Total Gross Pay | 0.0000 | 900.00 | 20700.00 | Social Security | 900.00 | 55.80 | 1283.40 |
| | | | | Medicare | 900.00 | 13.05 | 300.15 |
| | | | | State Income Tax | 900.00 | 27.63 | 635.49 |
| | | | | USouth | 900.00 | 9.00 | 207.00 |
| | | | | LST | 900.00 | 1.00 | 23.00 |
| | | | | SUI | 900.00 | 0.54 | 12.42 |
| | | | | Total Withholding | | 212.00 | 4876.00 |

Fix My Appliance Now LLC, 87 Sreet Rd, Southampton, PA 18966