United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Seth Defulgentis  
    Debtor  

Case No. 18-15697-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 08, 2019  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db          +Seth Defulgentis,    63101 Delaire Landing Rd.,    Philadelphia, PA 19114-5411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 09 2019 03:22:18     U.S. Attorney Office,  
        c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:  
         GLENN A. MANOCHI    on behalf of Creditor    DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI  
          gmanochi@lightmanlaw.com  
         KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
          bkgroup@kmllawgroup.com  
         MARTIN A. MOONEY    on behalf of Creditor    TD Bank NA successor in interest to Commerce Bank,  
          N.A. kcollins@schillerknapp.com,    acarmany@schillerknapp.com;bfisher@schillerknapp.com  
         MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. kcollins@schillerknapp.com,  
          acarmany@schillerknapp.com;bfisher@schillerknapp.com  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,  
          ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,  
          ECF_FRPA@Trustee13.com  
         ZACHARY PERLICK    on behalf of Debtor Seth Defulgentis Perlick@verizon.net,  
          pireland1@verizon.net  
                                                                                                                                                                  TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | SETH DIFULGENTIS | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 18-15697 JKF |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $5,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $  500.00 |
| Net amount to be paid by Trustee | $5,020.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: 10/8/19