UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    SETH DEFULGENTIS,

        Debtors.

Chapter 13

Bankruptcy No. 18-15697-jkf

**ORDER GRANTING MOTION TO REDACT**

WHEREAS, a Motion was brought before the Court by TD Bank, N.A. (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 3-1 filed on November 6, 2018 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order. ~~A such redacted document has not been filed prior to entry of this Order.~~

Dated: _____

**Date: April 13, 2020**

_____
**HONORABLE JEAN K. FITZSIMON**
Judge, United States Bankruptcy Court