United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 18-15697-jkf
Seth Defulgentis                                               Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John              Page 1 of 2             Date Rcvd: Apr 13, 2020
                               Form ID: pdf900         Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             +Seth Defulgentis,    63101 Delaire Landing Rd.,    Philadelphia, PA 19114-5411
cr             +DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI,    Lightman & Manochi,    1520 Locust Street,
                12th Floor,   Philadelphia, PA 19102-4403
cr             +TD Bank NA successor in interest to Commerce Bank,,    c/o Martin A Mooney, Esq.,
                950 New Loudon Road, Suite 109,    Latham, NY 12110-2190
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
cr             +THE BANK OF NEW YORK MELLON Et Al...,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
cr             +The Bank of New York Mellon fka The Bank of New Yo,    14841 Dallas Parkway, Suite 425,
                Dallas, TX 75254-8067
14203766       +TD Bank NA successor in interest,    to Commerce Bank, N.A.,
                c/o Schiller Knapp Lefkowitz Hertzel,    950 New Loudon Road,    Latham, NY 12110-2100
14204169       +TD Bank NA successor to Commerce Bank, N.A.,    c/o Martin A Mooney, Esq.,
                SCHILLER, KNAPP, LEFKOWITZ & HERTZEL LLP,    950 New Loudon Road, Suite 109,
                Latham, New York 12110-2182

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 14 2020 03:51:13     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:50:44
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2020 03:50:55     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14188462        E-mail/Text: bankruptcy@td.com Apr 14 2020 03:50:47     TD Bank,    1701 Route 70 East,
                Cherry Hill, NJ 08034
14226146        E-mail/Text: bankruptcy@td.com Apr 14 2020 03:50:47     TD Bank, N.A.,
                c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +THE BANK OF NEW YORK MELLON,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              GLENN A. MANOCHI    on behalf of Creditor    DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI
               gmanochi@lightmanlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank NA successor in interest to Commerce Bank,
               N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              ZACHARY  PERLICK    on behalf of Debtor Seth  Defulgentis Perlick@verizon.net,
               pireland1@verizon.net
```

```
District/off: 0313-2          User: John              Page 2 of 2            Date Rcvd: Apr 13, 2020
                              Form ID: pdf900         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

SETH DEFULGENTIS,

Debtors.

Chapter 13

Bankruptcy No. 18-15697-jkf

**ORDER GRANTING MOTION TO REDACT**

WHEREAS, a Motion was brought before the Court by TD Bank, N.A. (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 3-1 filed on November 6, 2018 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order. ~~if such redacted document has not been filed prior to~~ ~~XXXXXXXXXXXX~~ ~~entry of this Order.~~

Dated: _____

_____
**HONORABLE JEAN K. FITZSIMON**
Judge, United States Bankruptcy Court

**Date: April 13, 2020**